UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | Case No. 06-67M |
| v. ) | |
| ) | |
| DEVONNE MICHAEL LEE, ) | DETENTION ORDER |
| Defendant. ) | |
| _____ ) | |

Offenses charged:

   Count 1: Possession of Cocaine Base with Intent to Distribute in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A).

Date of Detention Hearing:   February 17, 2006.

   The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

   (1)   Defendant has a lengthy criminal background history.

   (2)   Defendant has a prior history of failures to comply with the conditions of his probation.

   (3)   When charged with the instant offense, defendant was on supervised release from a prior conviction involving possession of cocaine.

   (4)   There is no information that is verifiable regarding defendant's residence.

(5) Defendant has a past and present history of substance-abuse problems.

(6) There appear to be no conditions or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings and that will address the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 21st day of February, 2006.

*James P. Donohue*
―――――――――――――――――
JAMES P. DONOHUE
United States Magistrate Judge